JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM CHRISTOPHE THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-05062-AGR<br><br>Hon. Alicia G. Rosenberg<br><br>[~~PROPOSED~~] JUDGMENT |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiff ADAM CHRISTOPHE THOMAS ("Plaintiff") accepted FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 October 2, 2025.

    Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $32,013.24 pursuant to the terms of the Rule 68 Offer.

    **IT IS SO ORDERED.**

Date: October 9, 2025

*/s/ Alicia G. Rosenberg*
Hon. Alicia G. Rosenberg
Magistrate Judge